FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 5, 2021, 10:55 am
Michelle Rynne, Clerk of Court

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Chief, Criminal Division
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. **21-00001 DKW** |
|---|---|
| Plaintiff, | ) INFORMATION |
| vs. | ) [21 U.S.C §§ 841(a)(1) and<br>) and (b)(1)(B)] |
| KHAYLA ALAPAI, | ) |
| Defendant. | ) |

INFORMATION

The U.S. Attorney charges:

<u>Possession of Methamphetamine with Intent to Distribute</u>
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

On or about March 5, 2020, within the District of Hawaii, KHAYLA ALAPAI, the defendant, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: January 4, 2021, at Honolulu, Hawaii.

_____
MICHAEL NAMMAR
Chief, Criminal Division
District of Hawaii

_____
MICAH SMITH
Assistant United States Attorney